IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JERRY A. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11CV477 |
| | ) | |
| PROGRESSIVE CORPORATION and BRIAN MONEY, | ) | |
| | ) | |
| Defendants. | ) | |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 7, 2011, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

It is therefore **ORDERED** that Defendant Money's Motion to Dismiss (Docket No. 9) is **GRANTED** and that Defendant Progressive's Motion to Dismiss (Docket No. 13) is **DENIED.**

This the 8th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE